JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBERT KLEIN and PATSY HELEN KLEIN,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC),<br><br>　　　　　Defendant. | ) CASE NO. CV 08-01241 MMM (JWJx)<br>)<br>)<br>)<br>) JUDGMENT FOR DEFENDANT<br>)<br>)<br>)<br>)<br>)<br>) |

　　On June 17, 2009, the court issued an order directing plaintiffs to file an amended complaint that complied with Rule 8(a) of the Federal Rules of Civil Procedure. Plaintiffs were instructed to file any amended complaint on or before June 30, 2009. They did not do so. Accordingly,

　　IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute and failure to comply with court orders.

DATED: July 20, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE